SASSOON SALES (SBN 59958)
s@sassoonlaw.com
**LAW OFFICES OF SASSOON SALES**
16060 Ventura Boulevard, Suite 110
Encino, California 91436
Tel.: (818)728-6658
Fax: (818) 817-7617

Attorney for Plaintiff
JULIANA CARVALHO

MARC S. HINES (SBN 140065)
mhines@hineshamptonllp.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hineshamptonllp.com
TUYET T. TRAN (SBN 245699)
ttran@hineshamptonllp.com
**HINES HAMPTON LLP**
34 Executive Park, Suite 260
Irvine, California 92614
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant
AMCO INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JULIANA CARVALHO<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY; and Does 1-100,<br><br>　　　　Defendants. | CASE NO.: 5:18−cv−00687−JGB−SP<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE**<br><br>*[Joint Stipulation to Dismiss Entire Action Without Prejudice Filed Concurrently Herewith]* |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to Plaintiff Juliana Carvalho's ("Plaintiff") voluntary dismissal between Plaintiff and Defendant AMCO Insurance Company ("AMCO"), the above-referenced action is hereby dismissed in its entirety without prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 14, 2018

HON. JESUS G. BERNAL
United States District Court Judge